BOND RECOMMENDATION: $50,000 secured  JLH:jmh

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JOVAN JOHNSON

**WARRANT FOR ARREST**

CASE NUMBER: 8:04-cr-469-T27mss

RECEIVED
04 SEP 31 AM 9:39
MIDDLE DIST. OF FLORIDA

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest JOVAN JOHNSON and bring him forthwith to the nearest magistrate to answer an ☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition charging him with Making a False Threat, in violation of Title 18, United States Code, Section 844(e) and Making a False Report of a Bomb on an Aircraft, in violation of Title 49, United States Code, Section 46507.

| | |
|---|---|
| **Sheryl L. Loesch** | **Clerk, United States District Court** |
| Name & Title of Judicial Officer | Title of Issuing Officer |
| _Brian L. Snyder, Jr._ | OCT 01 2004  Tampa, FL |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/22/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/22/05 | SA Michael J. Bradley Special Agent FBI | _Michael Bradley_ |