UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                        Case No. 8:04-CR-469-T-27MSS

JOVAN JOHNSON
_____/

**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

      Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count(s) One and Two of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

      Sentencing is hereby scheduled for **August 18, 2005 at 3:30 P.M**. Counsel of record and/or the United States Probation Office shall contact the courtroom deputy should it be anticipated that this hearing will exceed thirty (30) minutes.

      IT IS SO ORDERED at Tampa, Florida this 27th day of June, 2005.


/s/James D. Whittemore
JAMES D. WHITTEMORE
United States District Judge


Copies to:     U.S. Attorney's Office
                   U.S. Probation Office
                   U.S. Marshal's Office
                   U.S. Pretrial Services
                   Counsel
                   Defendant