UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

  v.           Case No. 8:04-CR-469-T-27MSS

**JOVAN JOHNSON**
_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

  **COMES NOW**, the Defendant, JOVAN JOHNSON, by and through his undersigned counsel, A. FITZGERALD HALL, and moves this Court to continue the sentencing in the above-styled matter: **ONE WEEK**. As grounds for this motion the following is offered:

  1. Mr. Johnson was indicted and pled guilty to the offenses of maliciously conveying false information concerning an attempt to damage and destroy property unlawfully (a Southeast Airlines airplane) by means of an explosive on an aircraft in violation in violation of 18 U.S.C. § 844(e); and maliciously providing false information about an alleged attempt being made to do an act (the placing or attempted placing of an explosive or incendiary device on an aircraft) in violation of 49 U.S.C. § 46507.

  2. Mr. Johnson is scheduled for sentencing in the above-styled matter on

1

Thursday, August 18, 2005, at 3:30 p.m.

3. There are several objections to Mr. Johnson's presentence investigation report. However, the said objections are legal arguments and the hearing should be a normal sentencing hearing.

4. Undersigned counsel is currently on paternity leave this week and requests this Court continue the above sentencing one week. Undersigned counsel expects to be available for sentencing next week or any later time scheduled by the Court.

5. Assistant United States Attorney Jay Hoffer has no objection to the instant motion.

**WHEREFORE**, Mr. Johnson prays this Court will grant the relief requested herein.

Respectfully submitted,

R. FLETCHER PEACOCK
FEDERAL PUBLIC DEFENDER

By:  s/  A. Fitzgerald Hall
A. Fitzgerald Hall, Esq.
Florida bar# 0137138
Assistant Federal Public Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Phone:  (813) 228-2715
FAX:  (813) 228-2562
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of August 2005, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to Assistant United States Attorney Jay Hoffer.

s/ A. Fitzgerald Hall
A. Fitzgerald Hall, Esq.
Assistant Federal Public Defender