# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                    **Case No.   8:04-CR-469-T-27MSS**

**JOVAN JOHNSON**

## REPORT OF PRELIMINARY
## SUPERVISED RELEASE REVOCATION HEARING

THIS CAUSE came on to be heard at the preliminary supervised release revocation hearing.

At that hearing the defendant waived preliminary hearing.  It is therefore

ORDERED:

1)  That the defendant shall be held for final revocation proceedings before the District Judge exercising supervision of the defendant;

2)  That the clerk of this court shall schedule said hearing at the earliest time available on the Judge's calendar;

3)  That both the government and defendant shall exchange all tangible evidence which either side intends to introduce at said hearing and shall exchange a list of  witnesses no later than two (2) days prior to the final supervised release revocation hearing.

DONE and ORDERED at Tampa, Florida this   20th   day of July, 2009.

ELIZABETH A JENKINS
United States Magistrate Judge