AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Middle__ District of __Florida__

UNITED STATES OF AMERICA

V.

Jovan Johnson

**WARRANT FOR ARREST**

Case Number: 8:04-CR-469-T-27MSS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jovan Johnson__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☒ Supervised Release Violation ☐ Violation Notice

charging him with (brief description of offense)

See attached Petition.

2009 JUL 20 PM 3:35 FILED
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

SHERYL L. LOESCH
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

/s/ Vasquez
Signature of Issuing Officer

OCT 0 6 2008
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 10-6-08 | NAME AND TITLE OF ARRESTING OFFICER SHANE ESKILDSON | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 7-19-09 | | |