AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 8:04-CR-469-T-27MSS |
| JOVAN JOHNSON | USM Number: 42834-018 |
| | Mary Mills AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1 through 7__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Possession of a Firearm by a Convicted Felon | July 30, 2008 |
| 2 | New conviction for conduct, Driving While License Suspended or Revoked (Habitual) | July 30, 2008 |
| 3 | New conviction for conduct, Misdemeanor Possession of Cannabis | July 30, 2008 |
| 4 | New conviction for conduct, Possession of Drug Paraphernalia | July 30, 2008 |
| 5 | Possession of a firearm, ammunition or a destructive device | July 30, 2008 |
| 6 | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer | July 30, 2008 |
| 7 | Failure to participate in Domestic Violence Treatment | September 17, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: August 3, 2009

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: August 3rd, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **NINE (9) MONTHS.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.    p.m.    on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL