UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. 8:04-CR-469-T-27MSS                DATE   August 3, 2009

TITLE   USA vs. JOVAN JOHNSON

TIME   3:00 P.M.- 3:15 P.M.                  TOTAL   15 minutes

HONORABLE JAMES D. WHITTEMORE               Courtroom Deputy:   Anne H. Ohle

Court Reporter:   Linda Starr                Interpreter:   N/A

Attorney(s) for Government:                  Attorney(s) for Defendant(s):

Jay Hoffer                                   Mary Mills AFPD

PROCEEDINGS:    *FINAL REVOCATION HEARING*

( X ) Supervised Release   ( ) Probation   ( X ) Deft Sworn   ( X ) Admits   ( ) Denies

( X ) **REVOKED**      ( X ) Imprisonment:    9    Months.

No further supervision.